# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 25-60576 |
| ) | |
| CASSANDRA TIDWELL KNOX, ) | CHAPTER 13 |
| ) | |
| Debtor, ) | JUDGE: PMB |
| ) | |
| CASSANDRA TIDWELL KNOX, ) | |
| ) | |
| ) | |
| Movant, ) | |
| ) | **CONTESTED MATTER** |
| v. ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Respondent. ) | |

## OBJECTION TO PROOF OF CLAIM
## OF NEXTGEAR CAPITAL, INC. (#10)

COMES NOW THE DEBTOR in the above-styled Chapter 13 case, by and through counsel, and files this "Objection to Proof of Claim of NEXTGEAR CAPITAL, INC. (#10)" ("Objection"), showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on September 12, 2025 and is eligible for relief under 11 U.S.C. §109.

5.

On or about December 12, 2025, the Respondent filed an unsecured Proof of Claim (claim number ten on the claims register) in the case for debt owed in the amount of $13,912.55.

6.

The collateral securing the loan was returned; and based on Debtor's information and belief, the proceeds reduced the deficiency balance to $0.00. The claim should be allowed only to this amount.

7.

The Debtor requests that the Trustee withhold all disbursements to Respondent based on its Proof of Claim, until after proper notice, and if necessary, a hearing has been conducted, and an Order from the Court is issued disallowing the claim as filed, allowing it as an unsecured claim in the amount of $0.00.

WHEREFORE, Debtor prays:

(a) That this Objection be filed, read, and considered;

(b) That this Honorable Court sustain this Objection; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

    Respectfully submitted,

    /s/
    Carrie Oxendine
    GA Bar No. 141478
    Attorney for Debtor
    BERRY AND ASSOCIATES
    2751 Buford Hwy, Suite 600
    Atlanta, GA 30324
    (404) 235-3300
    coxendine@mattberry.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-60576 |
| | ) | |
| CASSANDRA TIDWELL KNOX, | ) | CHAPTER 13 |
| | ) | |
| Debtor, | | JUDGE: PMB |
| | ) | |
| CASSANDRA TIDWELL KNOX, | ) | |
| | ) | |
| | ) | |
| Movant, | ) | |
| | ) | **CONTESTED MATTER** |
| v. | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIM AND OF DEADLINE FOR FILING RESPONSE AND NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Debtor has filed an Objection to Proof of Claim of the above-referenced Respondent seeking an order disallowing the claim.

If you do not want the court to grant the relief requested, or if you want the court to consider your views, then on or before **February 17, 2026**, you or your attorney must:

(1) File with the court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address:

> Clerk, United States Bankruptcy Court
> Room 1340 United States Courthouse
> Richard B. Russell Building
> 75 Ted Turner Dr., SW
> Atlanta, Georgia 30303-3367

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above

(2) Mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney do not file a timely response, the court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the court may enter an order disallowing your claim as requested without further notice and without a hearing.

If you or your attorney file a timely response, then a hearing on the Motion will be held at **10:15 a.m.** on **February 19, 2026, in Courtroom 1202, U.S. Courthouse, 75 Ted Turner Dr., Atlanta, Georgia, 30303,** which must be attended in person unless the Court orders otherwise.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: January 15, 2026                     /s/
                                            Carrie Oxendine
                                            GA Bar No. 141478
                                            Attorney for Debtor
                                            BERRY AND ASSOCIATES
                                            2751 Buford Hwy, Suite 600
                                            Atlanta, GA 30324
                                            (404) 235-3300
                                            coxendine@mattberry.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, 2026, I electronically filed the foregoing pleading with the Clerk of Court using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Berry & Associates

Melissa J. Davey, Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Cassandra T. Knox
515 Crick Point
Palmetto, Georgia 30268

Susan L. Smith, Paralegal
NextGear Capital, Inc.
11799 North College Avenue
Carmel, IN 46032
(certified mail)

This the 15th day of January, 2026.

/s/
Carrie Oxendine
GA Bar No. 141478
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300